**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Kevin Thornton
In Proper Person
10 Green Meadow Circle
Valley Mills TX 76689

> Judgment on rehearing rendered and mailed to all parties or counsel of record on March 13, 2019

### REHEARING ACTION: March 13, 2019

**Docket Number: 18   00219-CA**

**SUCCESSION OF**
**PAUL VAN THORNTON**

**Appealed from Sabine Parish Case No. 59,497**

**BEFORE JUDGES:**

    **Hon. Sylvia R. Cooks**
    **Hon. John E. Conery**
    **Hon. D. Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Kevin Thornton** has this day been

    **DENIED.**

cc: Adam M. Sullivan, Counsel for the Appellee